804 A.2d 1167

IN THE MATTER OF VINCENT E. BEVACQUA,
AN ATTORNEY AT LAW.

September 6, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–342, concluding that **VINCENT E. BEVACQUA** of **SOUTH ORANGE,** who was admitted to the bar of this State in 1990, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 1.4(b) (failure to explain matter to extent reasonably necessary to permit client to make informed decision), *RPC* 1.5(b) (failure to provide retainer agreement), *RPC* 1.16(d) (failure to protect client's interests on termination of representation) and *RPC* 5.5(b) (assisting non-attorney in unauthorized practice of law), and good cause appearing;

It is ORDERED that **VINCENT E. BEVACQUA** is hereby reprimanded; and it is further

ORDERED that **VINCENT E. BEVACQUA** practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.